Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**Milton TOWNSEND, a/k/a John Doe, a/k/a Isaiah Ben–Israel, Plaintiff—Appellant,**

v.

**Gene M. JOHNSON, Virginia Department of Corrections Director; Fred Schilling, Health Service Director, Virginia Department of Corrections; Medical College of Virginia, Department of Corrections Health Care Provider; Prisoner Health Service System, Incorporated, Virginia Health Care Provider; Jane Settle, Infectious Disease Specialist, Defendants—Appellees.**

PER CURIAM:

Milton Townsend appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Townsend v. Johnson,* No. 05–395 (E.D.Va. Nov. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*